remains nothing to do but to affirm the verdict and the sentence from which the appeal is taken.

The verdict and the sentence appealed from are therefore affirmed.

---

(112 So. 304)

No. 28435.

STATE v. J. H. MANN.

March 28, 1927.

Appeal from Eighth Judicial District Court, Parish of La Salle; F. E. Jones, Judge.

C. W. Flowers, of Jena, for appellant.

Percy Saint, Atty. Gen., Harry Fuller, Dist. Atty., of Winnfield, and E. R. Schowalter, Asst. Atty. Gen., for the State.

OVERTON, J. Defendant appeals from a conviction and sentence for having committed the crime of incest by feloniously cohabiting and having sexual intercourse with his daughter. The record contains neither a bill of exceptions nor an assignment of errors, and no error appears upon the face of the record. Defendant has filed no brief. The verdict and the sentence appealed from must therefore be affirmed.

The verdict and the sentence in this case are affirmed.